# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## Holding a Criminal Term

## Grand Jury Sworn in on May 3, 2018

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 18-MJ-081** |
| | : | |
| **SHIEKH MAHMUD,** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 1951** |
| Defendant. | : | **(Interference with Interstate Commerce** |
| | : | **by Robbery)** |

## **I N D I C T M E N T**

The Grand Jury charges that:

### **COUNT ONE**

On or about July 26, 2018, in the District of Columbia, the defendant **SHIEKH MAHMUD**, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant **SHIEKH MAHMUD**, did attempt to unlawfully take and obtain personal property consisting of money from the person of Romulo Aguilar, an employee of the ACE Cash Express, located at 3663 Georgia Avenue, NW, Washington, D.C., against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person, while he was engaged in commercial activities, as an

employee of the ACE Check Cashing Center, a business that was engaged in and that affects interstate commerce.

>(**Interference with Interstate Commerce By Robbery**, in violation of Title 18, United States Code, Section 1951)

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia